Court of Appeals
Seventh Court of Appeals
P.O. Box 9540
Amarillo, Tx 79105-9540



FILED
JUL 31 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

7/25/15

RE: Case No. 07-15-00152-CV
    Trial Court No. D-1-GN-14-004398

Style: Joe Adam Ramirez and Frederick Q. Herrod
       v.
       Rissie Owens and Texas Board of Pardons and Paroles

Dear Clerk,

   Please file this Motion for extension of time with the court.

Thank you,

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM 1673
Snyder, Tx 79549

07-15-00125-CV

IN THE SEVENTH COURT OF APPEALS



FILED
JUL 31 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Joe Adam Ramirez

and Frederick Q. Herrod,

Appellants

vs.

Rissie Owens,

and Texas Board of Pardons and Paroles

Appellees

## MOTION FOR EXTENSION OF TIME

Attorney for appellants: Joe Adam Ramirez & Frederick Q. Herrod

Daniel Unit, 938 S.FM 1673, Snyder Texas 79549

Telephone no.:()

Fax no.:

SBTO no.:

Attorney for Appellees: Carole M. Garcia, Assistant Attorney General

P.O. Box 12548, Capitol Station, Austin, Texas 78711

Telephone no.: (512) 463-2080

Fax no.: (512) 936-2109

SBOT no. 07631680

## FACTS

Appellants Ramirez and herrod have been Granted an extension of time where the Appellants brief would be due on or before July 27, 2015.

Appellants are requesting another extension of time and will show the following.

Appellant Ramirez is the one who is doing all the legal work in this Appeal. He has been suffering from a Medical Condition inwhich his right testical has a very large lump, and due to that lump he can not sit, stand or walk for long periods of time due to the pain.

He has been to Abilene Hospital, and is scheduled to return to the hospital in the next week or so.

Appellants are asking for a 30 day extension of time. This would give Ramirez a chance to get his medical conditions under controle and allow him time to fufil his obligations in having the Appellants brief filed with the court.

## PRAYER

Wherefore, Appellants are asking that this court Grant them the Extension of time.

Date: 7-25-15

Respectfully,

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM 1673
Snyder, Texas 79549

Date: 7/25/15

Frederick Q. Herrod #1006908
Daniel Unit
938 S.FM 1673
Snyder, Texas 79549

## CERTIFICATE OF SERVICE

I Joe Adam Ramirez and Frederick Q. Herrod, acting in pro se declare under penalty of perjury that the true and foregoing motion for appellants request for extension of time has been placed in the daniel unit Mailing system on the 25th day of July 2015 requesting first class mail from the Unit law library addressed to :

Carole M. Garcia
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

_____
Joe Adam Ramirez

_____
Frederick Q. Herrod

Joe Adam Ramirez #636417
Daniel Unit
938 S.FM 1673
Snyder Texas 79549

ABILENE TX 796

28 JUL 2015 PM 1 T



Clerk
Seventh Court of Appeals
P.O. Box 9540
Amarillo, Tx 79105-9540

7910539540